IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

FILED
99 SEP 30 AM 9:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

GARY LANCASTER,

    Plaintiff,

vs

CIVIL ACTION NO. 98-J-2020-J

JOE BLANKENSOPP, DONALD
BAKER, E. J. ERGLE, and
AL TIDWELL,

    Defendants.

ENTERED
SEP 3 0 1999

## MEMORANDUM OF OPINION

    The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation, and the objections of the plaintiff, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the defendants' motion for summary judgment is due to be granted and this complaint is due to be dismissed. The plaintiff's motion to hold the defendants in contempt is due to be denied. An appropriate order will be entered.

    DONE, this 30 day of September, 1999.

INGE P. JOHNSON,
UNITED STATES DISTRICT JUDGE

32